# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT
*Plaintiff*

v.

TIMOTHY G HAYDOCK, ET AL.
*Defendant*

Civil Action No.:
1:24−CV−12837−MJJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Barbara Moss
28 Mattarest Lane
South Dartmouth, MA  02708

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ⎯⎯ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ⎯⎯ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Kevin J. O'Connor
Brian J. O'Connor
Clyde & Co US LLP
265 Franklin Street, Suite 802
Boston, MA  02110-3113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ − Jacqueline Martin
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2024−11−14 08:25:56**, Clerk USDC DMA

DECEMBER 19, 2024

# RETURN OF SERVICE

*I this day SERVED the within named*      BARBARA MOSS

*by*      (2) ATTEMPTS WITH SERVICE LEFT AT MAIN PROPERTY SECURITY GATE(SERVER UNABLE TO ACCESS ROPERTY). SECOND COPY MAILED 12/19/2024

     X    *leaving at last and usual place of abode, to wit:*

*No.* 28 MARRAREST LANE
*in the city/town of* S. DARTMOUTH, MA, *an attested copy of the SUMMONS & COMPLAINT*

*Service and travel*      $ 75

*Bryan Faulkner*

_____
Process Server/